
| | |
|---|---|
| **GREATER GEORGIA LIFE INSURANCE COMPANY,** : | |
| Interpleader-Plaintiff, : | |
| vs. : | Civil Action No. 5:06-CV-041-DF |
| **JANET M. SMITH**, Individually and as Executor of the Estate of Meredith H. Smith, and **MEREDITH L. SMITH**, : | |
| Defendants. : | |

## ORDER

WHEREAS, On February 2, 2006, **Greater Georgia Life Insurance Company**, filed a Complaint in this action seeking to interplead the proceeds of an insurance policy insuring the life of Meredith H. Smith;

WHEREAS, Defendant, **Meredith L. Smith**, acknowledged service on February 21, 2006 and filed an Answer, Counterclaim and Crossclaim on March 23, 2006; and

WHEREAS, Defendant, **Janet M. Smith**, acknowledged service on March 8, 2006 and filed an Answer to Complaint in Interpleader on April 12, 2006; and

WHEREAS, Plaintiff deposited funds in the amount of $265,130.96 into the registry of this Court;

WHEREAS, Plaintiff was dismissed as a party to the action and Defendant Meredith L. Smith's Counterclaim was dismissed on or about July 28, 2006;

WHEREAS, the remaining parties in this action, Meredith L. Smith and Janet M. Smith, have reached an agreement as to all issues in this matter and wish to make that agreement the Order of this Court;

NOW, THEREFORE, it is hereby ORDERED as follows:

The parties hereby agree that whatever amount is remaining in the Court Registry after any costs are deducted will be divided in a manner that will result in Janet M. Smith receiving the amount of $5,000.00 more than Meredith L. Smith.

Upon the ~~filing of this Order~~ PAYMENT OF ALL COSTS AND DISTRIBUTION OF FUNDS TO, the clerk is directed to close the case.

IT IS SO ORDERED this _12_ day of _June_, 2007.

                                                   Honorable Hugh Lawson
                                                   United States District Judge

Consented to by:

Bruce McFarland
Bruce McFarland
Attorney for Defendant, Meredith L. Smith
Georgia Bar Number 491255
117 Brookwood Avenue
Jackson, Georgia 30233
770.775.3188

John Harrington
Attorney for Defendant, Janet M. Smith
Georgia Bar Number 329040
P.O. Drawer 130
Eastman, Georgia 31023
478.374.3488